UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY CHRISTOPHER, a single man,<br><br>                          Plaintiff,<br><br>     v.<br><br>RENEWABLE ENERGY SYSTEMS AMERICA, INC., a Delaware corporation; and SIEMENS ENERGY, INC., a Delaware corporation,<br><br>                          Defendants. | NO:  2:16-CV-30-RMP<br><br><br>ORDER GRANTING MOTION FOR AN ORDER OF NON-SUIT |

BEFORE THE COURT is Plaintiff's Motion for an Order of Non-Suit, ECF No. 34.  The Court has reviewed the motion, the record, and is fully informed.

Plaintiff requests that this case be dismissed without prejudice.  ECF No. 34. Having considered the circumstances of this case and considering that Defendants have not responded to the present motion, the Court will dismiss this action without prejudice.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 22nd day of August 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING MOTION FOR AN ORDER OF NON-SUIT ~ 1